[No. 62229-3-I.   Division One.   March 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH BLUE, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 07-1-00200-7, Vickie I. Churchill, J., entered August 22, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Lau, J.

[No. 62653-1-I.   Division One.   March 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD RAYMOND BUSHAW, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-04081-6, Gregory P. Canova, J., entered November 24, 2008. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Grosse and Lau, JJ.

[No. 62693-1-I.   Division One.   March 15, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. ISRAEL VELASQUEZ-MARQUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 06-1-08345-4, Deborah D. Fleck, J., entered November 21, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Lau, JJ.